JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

Case No.   EDCV-12-658-MWF (CWx)                              Date:  July 3, 2012
Title:       Jorge C. Ojeda et al. v. Wells Fargo Bank NA et al.

Present: The Honorable MICHAEL W. FITZGERALD

| Rita Sanchez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):   ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

    On June 13, 2012, the Court granted Defendants' Motion to Dismiss, citing Plaintiffs' failure to timely file an opposition in keeping with Local Rules 7-9 and 7-12.  (Docket No. 13).  In that Order, the Court advised Plaintiffs of the existence of the Pro Se Clinic and ordered Plaintiffs to file an amended complaint by no later than June 27, 2012.  In its Order granting Defendants' Motion to Dismiss, the Court warned Plaintiffs that failure to file an amended complaint by the deadline would result in dismissal of the action with prejudice.  No amended complaint was filed.

    The Court finds that Plaintiffs' failure to file an amended complaint constitutes failure to prosecute or to comply with court rules and orders under Federal Rule of Civil Procedure 41(b).  *See also Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir. 2002) ("In determining whether to dismiss a claim for failure to prosecute or failure to comply with a court order, the Court must weigh the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits."); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 989–92 (9th Cir. 1999) (explaining the factors supporting dismissal with prejudice for failure to prosecute).  Because Plaintiffs failed to oppose the prior Motion to Dismiss and failed to respond to the Court's order and file an amended complaint, the Court concludes that the *Pagtalunan* factors weigh in favor of dismissal of this action with prejudice.  Plaintiffs' failure to engage in the litigation they initiated hampers expeditious

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES—GENERAL**

Case No.   EDCV-12-658-MWF (CWx)                              Date:  July 3, 2012
Title:     Jorge C. Ojeda et al. v. Wells Fargo Bank NA et al.

resolution of litigation and inhibits the Court's ability to manage its docket.  Plaintiffs have had various opportunities to prosecute their case, so a dismissal with prejudice does not unfairly impact their rights.

　　　Accordingly, the action is DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with court rules and orders.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　___: N/A
　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer    RS